1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  PHILIP KIM, an individual,            ) CASE NO. 08-05433 GAF (MANx)
                                          )
11                 Plaintiff              ) [PROPOSED] PRELIMINARY
                                          ) INJUNCTION
12        v.                              )
                                          )
13  RAYMOND FERRY, an individual;         )
    CONNIE BEAN, an individual;           )
14  COMPANA, LLC dba                      )
    BUDGETNAMES.COM, a Texas limited      )
15  liability company; and DOES 1 through )
    10, inclusive,                        )
16                                        )
                   Defendants.            )
17  _____)

18       This Court, having considered Plaintiff's Motion for Entry of a Preliminary

19  Injunction ("Motion"), any oppositions and/or replies thereto, and any oral

20  argument on the matter, and finding good cause therefore, the Motion is hereby

21  GRANTED.

22       IT IS HEREBY ORDERED that defendants Raymond Ferry and Connie

23  Bean, their officers, directors, principals, agents, servants, affiliates, employees,

24  representatives, successors and assigns, and all those persons in active concert or

25  participation with them who receive actual or constructive notice of this Order by

26  personal service or otherwise, are hereby preliminarily enjoined from infringing,

27  copying or making any other illegal or unauthorized use of intellectual property

28  rights in the FAMOUS MONSTERS OF FILMLAND® (Federal Trademark

- 1 -

Case 2:08-cv-05433-GAF-MAN   Document 44   Filed 03/25/09   Page 2 of 2   Page ID #:

and any derivatives thereof, including FAMOUS MONSTERS,

1. Registration No. 2519146) ~~or FAMOUS MONSTERS™~~ trademarks absent the informed written consent of Plaintiff.

2. ~~IT IS FURTHER ORDERED that defendants Raymond Ferry and Connie Bean, their officers, directors, principals, agents, servants, affiliates, employees, representatives, successors and assigns, and all those persons in active concert or participation with them who receive actual or constructive notice of this Order by personal service or otherwise, are hereby preliminarily enjoined from manufacturing, distributing, displaying, adapting, importing, selling, or offering to sell an identical or substantially similar variant of the Famous Monsters of Filmland© copyright, Federal Copyright Registration No. TXu001580243 absent informed written consent of Plaintiff.~~

IT IS SO ORDERED.

Dated: March 25, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -

PROPOSED INJUNCTION
CASE NO. 08-05433 GAF (MANx)