UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP KIM, an individual,<br><br>    Plaintiff<br><br>    v.<br><br>RAYMOND FERRY, an individual;<br>CONNIE BEAN, an individual;<br>COMPANA, LLC dba<br>BUDGETNAMES.COM, a Texas limited<br>liability company; and DOES 1 through<br>10, inclusive,<br><br>    Defendants. | CASE NO. 08-05433 GAF (MANx)<br><br>REVISED CONSENT JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be and hereby is entered as follows:

1.    Judgment is entered in favor of plaintiff PHILLIP KIM and against defendants RAYMOND FERRY and CONNIE BEAN on plaintiff's first claim for federal trademark infringement and unfair competition, plaintiff's second claim for violation of the anti-consumer cybersquatting act, plaintiff's third claim for federal trademark dilution, plaintiff's fourth claim for declaratory relief, plaintiff's fifth claim for common law trademark infringement, plaintiff's sixth claim for common law unfair competition, plaintiff's seventh claim for unjust enrichment, and plaintiff's eight claim for accounting in the total amount of One Dollar and Zero Cents ($1.00).

2.  Plaintiff PHILIP KIM owns all right, title and interest in and to the United States Trademark Registration for the mark FAMOUS MONSTER OF FILMLAND® (Federal Trademark Registration No. 2519146), and any derivatives thereon, including FAMOUS MONSTERS™.

3.  Defendants RAYMOND FERRY and CONNIE BEAN shall transfer the following domains names, and any substantially similar domain names, to plaintiff PHILIP KIM forthwith: www.famousmonsters.com, www.famousmonsters.biz and www.famousmonsters.tv.

3.  Defendants RAYMOND FERRY and CONNIE BEAN are permanently enjoined as described in the stipulated permanent injunction executed April 9, 2009 (docket #45)

4.  The Central District of California shall retain exclusive jurisdiction over any enforcement action of this consent judgment or the stipulated injunction.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED:  May 27, 2009

_____
HONORABLE GARY A. FEESS
United States District Judge